JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANDRES GOMEZ, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DSW INC.,<br><br>　　　　　Defendant. | Case No. 2:15-cv-03878-SVW-JPR<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>HON. STEPHEN V. WILSON<br>COURTROOM 6<br><br>**ORDER OF DISMISSAL**<br><br>Date Action Filed:　May 26, 2015<br>Trial Date:　　　　　None Set Yet |

　　　　Pursuant to the parties' Stipulation Of Dismissal, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

　　　　1.　**Dismissal Of Action.**　The action is dismissed with prejudice as to plaintiff Andres Gomez, without costs or fees to either party. The action is dismissed without prejudice, and without costs or fees, as to any other person who could have been a member of the class alleged in the Complaint.

Rutan & Tucker, LLP
attorneys at law

2210/027347-0018
8685318.1 a07/28/15

-1-

CASE NO. 2:15-CV-03878-SVW-JPR
[PROPOSED] ORDER OF DISMISSAL

1    2.    **No Admissions.**  This Dismissal may not be construed or used as an
2  admission or concession by or against Defendant of the validity of any claim or any
3  actual or potential fault, wrongdoing, or liability.

5    **IT IS SO ORDERED.**

7  Dated:    July 31, 2015

_____
Honorable Stephen V. Wilson
Judge, United States District Court

Rutan & Tucker, LLP
attorneys at law

2210/027347-0018
8685318.1 a07/28/15

-2-

CASE NO. 2:15-CV-03878-SVW-JPR
[PROPOSED] ORDER OF DISMISSAL